UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATIO MARKET, INC.

                                          Bankruptcy No **17-52595**
                                          Honorable TUCKER
                                          Chapter **11**

      Debtor
_____/

*SATISFACTION OF PROOF OF
CLAIM#2 FILED BY WAYNE COUNTY TREASURER OFFICE*

On **October 3, 2017,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **TWO THOUSAND FIVE HUNDRED NINETY-ONE AND 67/100 ($2,591.67).** However, **said claim has been satisfied in whole.**

                                          Respectfully submitted:

                              By:  /s/  *Rhonda Bradwell*
                                    RHONDA BRADWELL
                                    Office of the Wayne County Treasurer
                                    400 Monroe, Suite 520
                                    Detroit, MI  48226-2942
                                    (313) 224-5987