**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

PATIO MARKET, INC,                           Case No. 17-52595-tjt
                                                     Chapter 11
                    Debtor.                      Hon. THOMAS J. TUCKER
_____/

**STIPULATION IN SUPPORT OF ENTRY OF ORDER RESOLVING
CLAIMANT'S MOTION FOR RELIEF FROM STAY**

      Counsel stipulate to entry of the attached proposed order to allow Anthony Andre Little (the "Claimant") to pursue Debtor's insurance policy notwithstanding the automatic stay and discharge injunction which are modified to allow for this. To the extent that Claimant is awarded a judgment in excess of the policy limits, Claimant shall seek permission from this Court prior to executing as to any assets of the Debtor or its estate. Debtor's claims and defenses are preserved, including its position that Claimant, to the extent it has a claim, should be treated as a general unsecured claimant pursuant to Debtor's confirmed chapter 11 plan.

Agreed to:


<u>/s/ Robert Bassel</u>
Robert Bassel P48420
Attorney for Debtor
POBox T
Clinton, MI 49236
248.677.1234
bbassel@gmail.com

<u>/s/ Fred A. Custer</u>
Fred A. Custer—P28975
Attorney for Claimant Anthony Andre Little
Materna Custer & Associates
2104 E 11 Mile Rd Ste 500
Warren, MI 48091-6123
Phone: (248) 543-8300
e-Mail: fred@mclawyers.net

/s/ Raymond H. Pittman
Raymond H. Pittman, III—P72564
Attorney for State Court Defendants
3245 Levis Commons Blvd
Perrysburg, OH 43551-7145
Phone: (614) 593-7804
e-Mail: pittmanr@grangeinsurance.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

PATIO MARKET, INC,                      Case No. 17-52595-tjt
                                                       Chapter 11
                Debtor.                     Hon. THOMAS J. TUCKER
_____/

## STIPULATATED ORDER RESOLVING CLAIMANT'S MOTION FOR RELIEF FROM STAY

       Pursuant to the stipulation of the parties,

       IT IS HEREBY ORDERED that Anthony Andre Little (the "Claimant") may pursue Debtor's insurance policy notwithstanding the automatic stay and discharge injunction which are modified to allow for this. To the extent that Claimant is awarded a judgment in excess of the policy limits, Claimant shall seek permission from this Court prior to executing as to any assets of the Debtor or its estate. Debtor's claims and defenses are preserved, including its position that Claimant, to the extent it has a claim, should be treated as a general unsecured claimant pursuant to Debtor's confirmed chapter 11 plan.