UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

PATIO MARKET, INC,　　　　　　　　　　　Case No. 17-52595-tjt
　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.　　　　　　　　　　　　　Hon. THOMAS J. TUCKER
_____/

**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM BY STATE OF MICHIGAN**

　　NOW COMES Debtor, through counsel, and state(s):

　　Debtor withdraws its objection to the claim filed by the State of Michigan.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　___/s/ Robert Bassel_____
　　　　　　　　　　　　　　　　　　　ROBERT N. BASSEL (P48420)
　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　P.O. Box T
　　　　　　　　　　　　　　　　　　　Clinton, MI 49236
DATED: 10.13.2018　　　　　　　　　　　(248) 677-1234
　　　　　　　　　　　　　　　　　　　bbassel@gmail.com